### DEE HALL v. THE STATE.

No. 6977.   Decided May 17, 1922.

**Murder—Practice on Appeal.**

Where upon appeal from a conviction of murder, it appeared that the indictment is regular and duly presented, the judgment must be affirmed in the absence of a statement of facts and bills of exception.

Appeal from the District Court of Tarrant.   Tried below before the Honorable Geo. E. Hosey.

Appeal from a conviction of murder; penalty, twenty-five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—The appeal is from a judgment condemning appellant to confinement in the penitentiary for a period of twenty-five years for the offense of murder.

The indictment is regular and duly presented.   No statement of the evidence accompanies the record; nor are there any bills of exceptions complaining of the manner of trial.

The motion for new trial raises no question of fact.

The entire record is bare of any matter that would warrant a reversal of the judgment.   It is therefore affirmed.

*Affirmed.*